UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODERICK C. DEMMINGS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,

Defendant.

C14-1017 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The parties' stipulated motion to extend certain dates and deadlines, docket no. 48, is GRANTED as follows:

|  | **New Date or Deadline** |
|---|---|
| Subclass notices mailed to respective subclass members | No later than February 10, 2017 |
| Objections or opt-out forms from subclass members postmarked by | April 21, 2017 |
| Motion for final approval of class action settlement filed by (and noted for the date of the final settlement approval hearing) | May 11, 2017 |
| Final settlement approval hearing | June 2, 2017, at 11:00 a.m. |

MINUTE ORDER - 1

     (2)    Plaintiff's motion for attorney's fees, costs, and incentive award, docket no. 45, is RENOTED to June 2, 2017.  Any response by defendant shall be filed by May 8, 2017.

     (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.  The parties shall post a copy of this Minute Order on the website maintained for this matter, www.CHclassaction.com

Dated this 27th day of January, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2